UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14267-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

GLENN SMITH,                           :

       Plaintiff,              :

v.                                     :          REPORT OF
                                                 MAGISTRATE JUDGE
JAMES MCDONOUGH,                       :              (DE#7)

       Defendants.             :
_____

    This Cause is before the Court upon the pro-se plaintiff's motion to alter judgment pursuant to Fed.R.Civ.P.(a). (DE#7). This motion was referred to the Undersigned Magistrate Judge. The plaintiff filed a civil rights complaint pursuant to 42 U.S.C. §1983. The Undersigned Magistrate Judge reviewed the issues and entered a long detailed report, recommending that the case be dismissed for failure to state a claim. The plaintiff filed objections. The Report and Recommendation were adopted by the District Judge.

    Rule 59 is unavailing to this plaintiff. The Rule permits the altering or amendment of judgment if the petitioner can demonstrate grounds for a new trial.

    In this case, where a civil suit was found to lack merit, the plaintiff  may file a notice of appeal to the Eleventh Circuit

Court of Appeals. It is therefore recommended that this motion to alter judgment (DE#7) be denied.


Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.


Dated this 29th December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE


cc:  Glenn Smith, Pro Se
     DC #880144
     Martin Correctional Facility
     Address of Record