UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 07-14267-CIV-GRAHAM/WHITE

GLENN SMITH,

    Plaintiff,

vs.

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon pro se Plaintiff's Motion to Alter Judgment [D.E. 7].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White [D.E. 8]. Subsequently, a Report was issued by the Magistrate Judge recommending that Plaintiff's Motion be denied [D.E. 9]. Although Plaintiff filed Objections to the Magistrate Judge's Report [D.E. 10], the Court finds that Plaintiff's arguments lack merit.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report recommending that Plaintiff's Motion to Alter Judgment be denied [D.E. 9] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Alter Judgment [D.E. 7] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Glenn Smith, pro se